UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3184
_____

UNITED STATES OF AMERICA

v.

JOSEPH W. NAGLE,
      Appellant

_____

On Appeal from United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. No. 1-09-cr-00384-001)
District Judge:  Honorable Sylvia H. Rambo

_____

Argued April 27, 2015
Before:  FISHER, HARDIMAN, and ROTH, *Circuit Judges*.

_____

JUDGMENT
_____

  This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on April 27, 2015.

  On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered July 1, 2014, be and the same is hereby AFFIRMED IN PART and VACATED and REMANDED IN PART.  All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

                                      Attest:

                                      <u>s/ Marcia M. Waldron</u>
                                      Clerk

Dated: September 30, 2015